UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN STAMPER,
        Plaintiff,

    v.                                      Case No. 06-C-1291

WISCONSIN CENTRAL LTD.,
WISCONSIN CENTRAL TRANSPORTATION
CORPORATION, CANADIAN NATIONAL
RAILWAY CO., ILLINOIS CENTRAL
RAILROAD COMPANY, CANADIAN NATIONAL
RAILWAY CO. and ROY D. SINDELAR,
        Defendants.

## ORDER

Plaintiff filed this case on December 14, 2006. Pursuant to Fed. R. Civ. P. 4(m) plaintiff had 120 days from filing within which to effect service of the complaint upon the defendants. That time period expired on April 13, 2007. Plaintiff filed a proof of service within the permissible time period regarding Wisconsin Central Ltd. and Roy D. Sindelar, and both of these defendants have appeared and answered. However, plaintiff has not filed a proof of service to date with respect to the remaining defendants. As no service of such defendants appears to have been effected within the 120-day period, Rule 4(m) allows me to dismiss plaintiff's case against such defendants upon my own initiative. Before doing so, I will give plaintiff a brief extension of time to secure service and file appropriate proof thereof.

**THEREFORE IT IS ORDERED** that plaintiff has twenty (20) days from the date of this order within which to serve the remaining defendants and file proof of that service with

the clerk of court. Plaintiff is hereby put on notice that if he fails to comply with this order, his case against such defendants will be dismissed.

Dated at Milwaukee, Wisconsin this 14 day of June, 2007.

/s_____
LYNN ADELMAN
District Judge